# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER (AMENDED) GRANTING MOTION** |
| ) | **TO WITHDRAW AS COUNSEL** |
| vs. ) | |
| ) | |
| Walter Joseph Grant, ) | |
| ) | Case No. 4:04-cr-072 |
| Defendant. ) | |

Before the Court is Assistant Federal Public Defender Orell Schmitz's motion to withdraw as defense counsel filed on April 8, 2011. The Court **GRANTS** the motion (Docket No. 86). Assistant Federal Public Defender Orell Schmitz is authorized to withdraw as counsel in this case. Attorney Ryan Sandberg shall be appointed in Mr. Schmitz's place.

Defendant is hereby advised, however, that it is unlikely another counsel will be appointed if he becomes dissatisfied with new counsel. Mere dissatisfaction with counsel's tactical decisions is not enough to justify granting a request for new counsel.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2011.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr.
                                                        United States Magistrate Judge